FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 10:20 am, Jun 01, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| BRIAN ALDEAIN SHREEVES, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-60 |
| | * | |
| v. | * | |
| | * | |
| PATRICK GARTLAND, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Brian Shreeves ("Shreeves") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Shreeves's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, and **DENIES as moot** Respondent's Motion to Dismiss and all other pending Motions. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal and **DENIES** Shreeves *in forma pauperis* status on appeal.

    **SO ORDERED**, this ___28___ day of ___May___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA